Prob 12
(Rev. 3 88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Bruno Cuzzocrea**                                    **Docket No. 00-00007-001**

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Bruno Cuzzocrea, who was placed on supervision by the Honorable William L. Standish, sitting in the Court at Pittsburgh, Pennsylvania, on the 29th day of March 2000, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall comply with the conditions of home detention for a period of 6 months.
- Shall not possess a firearm or other destructive device.
- Shall not illegally possess a controlled substance.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer.
- Shall pay a fine of $3,000, which shall be paid at a rate of at least 10 percent of his gross monthly income.
- Shall pay a special assessment in the amount of $50.

03-29-00:     Distribution of Less Than 500 Grams of Cocaine; 3 years' probation; Currently supervised by U.S. Probation Officer Verne Howard, Jr.

03-12-03:     Order signed, Judge Standish; Warrant issued and held in abeyance until pending matters are resolved.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that on January 21, 2005, at Criminal No. 03-00257-001, the offender pled guilty to Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine. On September 28, 2005, he appeared for sentencing before Judge Conti and was committed to the custody of the United States Bureau of Prisons for a term of 120 months, with 5 years of supervised release to follow. In light of the lengthy sentence imposed for the new conviction, our office is requesting no further action.

U.S.A. vs. Bruno Cuzzocrea
Docket No. 00-00007-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the petition submitted on December 10, 2003, be
withdrawn and the term of supervised release at Criminal No. 00-00007-001 be closed.

I declare under penalty of perjury that the
foregoing is true and correct.

ORDER OF COURT

Considered and ordered this ___ll___ day of
___Jan.___ , 2006,   and ordered filed and made
a part of the records in the above case.

_William L. Standish_

William L. Standish
Senior U.S. District Judge

Executed on        January 9,  2006

Verne Howard, Jr.
U.S. Probation Officer

Roselyn Gerson
Supervising U.S. Probation Officer

Place:        Pittsburgh, Pennsylvania